

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

William Charles Fraiser III,

Vs. No. 11-21-00165-CR

The State of Texas,

* From the 238th District Court
  of Midland County,
  Trial Court No. CR55929.

* October 20, 2022

* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.